IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| WILLIAM J. WEBSTER, JOE DUEPNER and ANDREW DOLLARD, on behalf of themselves and all others similarly situated, | )<br>)<br>)<br>) |
| Plaintiffs, | ) |
| vs. | ) Case No. 1:18-CV-1132-TWP-DLP |
| CITY OF NOBLESVILLE, NOBLESVILLE POLICE DEPARTMENT, KEVIN JOWITT, CHIEF OF POLICE, IN HIS OFFICIAL CAPACITY, JOHN DITSLEAR, MAYOR OF NOBLESVILLE, IN HIS OFFICIAL CAPACITY and COMMON COUNCIL OF THE CITY OF NOBLESVILLE | )<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

**ACKNOWLEDGEMENT AND ACCEPTANCE OF JOINT STIPULATION OF DISMISSAL**

Plaintiffs, William J. Webster, Joe Duepner, and Andrew Dollard, and Defendants, City of Noblesville, Noblesville Police Department, Kevin Jowitt, John Ditslear, and Common Council of the City of Noblesville, having filed their Joint Stipulation of Dismissal and the Court, have reviewed said Stipulation and being duly advised in the premises, hereby acknowledges and accepts the parties' Stipulation and directs the Clerk to DISMISS this action, WITH PREJUDICE, costs paid.

Date: 10/2/2020

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

COPIES TO:

All Counsel of Record via CM/ECF